

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00049-CR
_____

KEVIN MICHAEL RIDDLE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Childress County, Texas
Trial Court No. 6286; Honorable Stuart Messer, Presiding

May 28, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Kevin Michael Riddle, appeals from the trial court's judgment revoking his community supervision, adjudicating him guilty of possession of marijuana,[1] and sentencing him to twenty years confinement. Now pending before this court is Appellant's

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.121(b)(4) (West 2017). An offense under this section is a third degree felony. The level of punishment was enhanced by a prior felony offense to that of a second degree felony. *See* TEX. PENAL CODE ANN. § 12.42(a) (West 2019).

motion to voluntarily dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the court has been delivered, the motion is granted, and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.